[No. 17048-1-I. Division One. April 6, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MATHEW JAMES MIGHELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-01531-9, George T. Mattson, J., entered June 28, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 17463-1-I. Division One. April 6, 1987.]

ROBERT A. FITCH, *Appellant,* v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 85-2-00379-5, Marshall Forrest, J., entered October 28, 1985. *Affirmed* by unpublished opinion per Revelle, J. Pro Tem., concurred in by Andersen and Haley, JJ. Pro Tem.

[No. 15980-1-I. Division One. April 6, 1987.]

*In the Matter of the Estate of*
EDNA F. McCONNELL.

FRANCIS McCONNELL, *Appellant,* v. GEORGE E. McCONNELL, JR., *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83-4-00702-5, Gerald L. Knight, J., entered January 3, 1985. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield, C.J., Ringold, J., dissenting.